JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| CHEEDAD ADHESIVE TRADE MARKS PRINTING CO. LTD., <br><br> Plaintiff, <br><br> vs. <br><br> GEORGINA 712, INC ,et al., <br><br> Defendants. <br> _____ | Case No: CV 08-4035 DSF (JTLx) <br> (Hon, Dale S. Fischer, Judge) <br><br><br> JUDGMENT |

    This action came on regularly for trial on July 28, 2009, before the Honorable Dale S. Fischer, District Judge presiding without a jury, a jury having been expressly waived, and was tried on that date and on July 29, 2009. Supplemental written argument was submitted all counsel by August 7, 2009. Michael J. Allison Esq. and Michael J. Allison, a Professional Corporation appeared as counsel for plaintiff/counter-defendant Cheedad Adhesive Trade Marks Printing Co. Ltd. John M. Moscarino, Esq. and Moscarino & Connolly, LLP appeared as counsel for defendant/counter-claimant Georgina 712, Inc. and for defendant James D. Richwine.

1

1  Oral and documentary evidence was introduced on behalf of each party, and the
2  cause was argued and submitted for decision by all parties on August 7, 2009. The
3  Court, having considered the evidence and heard the arguments of counsel and being
4  fully advised, issues the following judgment:

5  IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Cheedad
6  Adhesive Trade Marks Printing Co. Ltd. is awarded judgment on its complaint against
7  defendant Georgina 712, Inc. in the amount of $292,553.98. Cheedad Adhesive Trade
8  Marks Printing Co. Ltd. shall be awarded costs on this judgment in the amount of
9  $_____.

10  IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Cheedad
11  Adhesive Trade Marks Printing Co. Ltd. shall take nothing on its complaint against
12  defendant James D. Richwine and judgment shall be entered in favor of. James D.
13  Richwine. James D. Richwine shall be awarded costs on this judgment in the amount
14  of $_____.

15  IT IS FURTHER ORDERED AND ADJUDGED that counter-claimant
16  Georgina 712, Inc. shall take nothing on its counter-claim against counter-defendant
17  Cheedad Adhesive Trade Marks Printing Co. Ltd.

19  9/4/09
20  Dated: _____

*Dale S. Fischer*
UNITED STATES DISTRICT JUDGE